Certificate Number: 17082-MSS-DE-041218652

Bankruptcy Case Number: 26-01768



17082-MSS-DE-041218652

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 17, 2026, at 12:02 o'clock PM MST, PHILIP W WINFREY completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the Southern District of Mississippi.

Date:   July 17, 2026                    By:       /s/Orsolya K Lazar

                                         Name:   Orsolya K Lazar

                                         Title:   Executive Director