**United States Bankruptcy Court**
**Southern District of Mississippi**

In re   **Philip Wayne Winfrey**                                    Case No.   **26-01768**
                                             Debtor(s)            Chapter   **7**

## VERIFICATION OF CREDITOR MATRIX - AMENDED

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date:   **July 23, 2026**                    **/s/ Philip Wayne Winfrey**
                                             **Philip Wayne Winfrey**
                                             Signature of Debtor

PHILIP WAYNE WINFREY
300 REMINGTON DR
BRANDON, MS 39042

CAPITAL ONE
ATTN: BANKRUPTCY
PO BOX 30285
SALT LAKE CITY, UT 84130

JEFFERSON CAPITAL
ATTN: BANKRUPTCY
200 14TH AVE E
SARTEKK, MN 56377

THOMAS C. ROLLINS, JR.
THE ROLLINS LAW FIRM, PLLC
P.O. BOX 13767
JACKSON, MS 39236

CWS/CW NEXUS
ATTN: BANKRUPTCY
PO BOX 9201
OLD BETHPAGE, NY 11804

LVNV FUNDING LLC
RESURGENT CAPITAL
PO BOX 1269
GREENVILLE, SC 29602

ADVANCED DENTAL CLI***
665 S PEAR ORCHARD RD
RIDGELAND, MS 39157

DEBT OF MGMNT COLLECT
P.O. BOX 9500
WILKES BARRE, PA 18773

PERSONIFY
PO BOX 208417
DALLAS, TX 75320

AMERICOLLECT
P.O. BOX 1566
MANITOWOC, WI 54221

FIRST SOURCE ADVANTAGE
205 BRYANT WOODS
BUFFALO, NY 14226

PNC FINANCIAL/PNC BANK
ATTN: BANKRUPTCY
300FIFTH AVE
PITTSBURGH, PA 15222

AMEX
BANKRUPTCY
PO BOX 981535
EL PASO, TX 79998

FST PREMIER
ATTN: BANKRUPTCY
601 S MINNESOTA AVE
SIOUX FALLS, SD 57104

RADIUS GLOBAL SOLUTION
7505 METRO BLVD
EDINA, MN 55439

APS
P.O. BOX 37812
BOONE, IA 50037-0812

HONOR HEALTH MEDICAL
6220 W BELL RD
STE 100 C
GLENDALE, AZ 85308

SAN ANTIGUA
8311 E VIA DE VENTURA
SCOTTSDALE, AZ 85258

ARSTRAT
P.O. BOX 676587
DALLAS, TX 75267

HONOR HEALTH SHEA
9003 E SHEA BLVD
SCOTTSDALE, AZ 85260

SHC PCMSCL PRIMARY CAR
10900 N SCOTTSDALE RD
STE 603
SCOTTSDALE, AZ 85254

BANK OF AMERICA
ATTN: BANKRUPTCY
P.O.BOX 15019
WILMINGTON, DE 19886

INTERNAL REVENUE SERVI
CENTRALIZED INSOLVENCY
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346

SSA
26 FEDERAL PLAZA
RM40-120
NEW YORK, NY 10278

BANK OF AMERICA
PO BOX 9000
GETZVILLE, NY 14068

INTERNAL REVENUE SERVI
C/O US ATTORNEY
501 EAST COURT ST
STE 4.430
JACKSON, MS 39201

SSA
C/O U.S. ATTORNEY
501 E. COURT ST
STE 4.430
JACKSON, MS 39201

SSMC SHEA MEDICAL CENT
9003 E SHEA BLVD
SCOTTSDALE, AZ 85260

SUNBIT FINANCIAL
ATTN: BANKRUPTCY
PO BOX 24010
LOS ANGELES, CA 90024

SUNBIT, INC
ATTN: BANKRUPTCY
10940 WILSHIRE BLVD
LOS ANGELES, CA 90024

UNITED RESOURCE SYSTEM
3501 S TELLER ST
DENVER, CO 80235

UPGRADE, INC.
275 BATTERY ST.
23RD FLOOR
SAN FRANCISCO, CA 94111

US ATTORNEY GENERAL
US DEPT OF JUSTICE
950 PENNSYLVANIA AVENW
WASHINGTON, DC 20530-0001

WEBBANK
215 S STATE ST
STE 1000
SALT LAKE CIT, UT 84111

WELLS FARGO BANK NA
ATTN: BANKRUPTCY
P.O.BOX 393
MINNEAPOLIS, MN 55480