**PROCEEDING MEMO AND MINUTES OF**
**THE CHAPTER 7 §341(a) MEETING**
**08/07/2026**

IN RE:                                                    CASE NUMBER:  26-01768-JAW
    **WINFREY, PHILIP WAYNE**

APPEARANCES:
(✗) DEBTOR 1                                    (  ) DEBTOR 2 (Wife in Joint Cases)
    (✗) Required picture I.D. produced              (  ) Required picture I.D. produced
    (✗) Required SSN verification produced         (  ) Required SSN verification produced
    (✗) Pay advices received                        (  ) Pay advices received

Credit counseling certificate (✗) filed (  ) not filed.
Tax returns received for _2024 + 2025_ (years) on _07/10/2026_ (uploaded).
Financial documents were (  ) retained by trustee or (  ) returned to debtor(s) or (  ) forwarded to the Office of the UST.
(  ) DEBTOR'S REPRESENTATIVE _____
(✗) ATTORNEY FOR DEBTOR(S): Thomas Carl Rollins, Jr. or substitute:
(  ) DEBTOR(S) APPEARED PRO SE
    (  ) YES (NO) – If Pro Se, did anyone assist with preparation?
    (  ) YES (NO) – If Yes, has Debtor completed pro se form?

THE MEETING OF CREDITORS WAS:
(✗) HELD; OR
(  ) NOT HELD; OR
(  ) NOT CONCLUDED AND IS CONTNUED TO THE _____ DAY OF _____, 20____ AT
    _____ O'CLOCK __.M.

(✗) YES (  ) NO – Attorney for debtor has filed statement of compensation pursuant to 11 U.S.C.329.

(  ) CREDITOR(S) _____
_____

DEBTOR(S) REQUIRED TO:
(  ) AMEND Schedules and Statements within (10) days of §341(a) Meeting – Schedule _____
(  ) OTHER: _____
_____
_____

In accordance with Rule 6007, FRBP, the trustee announced an intention to abandon any interest in: _____

ADDITIONAL: NOTES: _____
_____
_____
_____
_____

DATED: 08/07/2026

_____
STEPHEN SMITH, TRUSTEE

Track # _043_ or Tape # _____, Side _____ Counter Start# _____