United States Bankruptcy Court
Southern District of Mississippi

In re: Case No. 26-01768-JAW
Philip Wayne Winfrey Chapter 7
Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-3 User: admin Page 1 of 3
Date Rcvd: Oct 07, 2026 Form ID: 318 Total Noticed: 34

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 09, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Philip Wayne Winfrey, 300 Remington Dr, Brandon, MS 39042-2866 |
| 5701705 | + | Advanced Dental Clinic,, 665 S Pear Orchard RD,, Ridgeland, MS 39157-4859 |
| 5690409 | + | Debt of Mgmnt Collect, P.O. Box 9500, Wilkes Barre, PA 18773-9500 |
| 5690412 | + | Honor Health Medical, 6220 W Bell Rd, Ste 100 C, Glendale, AZ 85308-3896 |
| 5690413 | + | Honor Health Shea, 9003 E Shea Blvd, Scottsdale, AZ 85260-6709 |
| 5690422 | + | SHC PCMSCL Primary Car, 10900 N Scottsdale Rd, Ste 603, Scottsdale, AZ 85254-5252 |
| 5690425 | + | SSMC Shea Medical Cent, 9003 E Shea Blvd, Scottsdale, AZ 85260-6709 |
| 5690421 | + | San Antigua, 8311 E Via De Ventura, Scottsdale, AZ 85258-6625 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5690401 | | Email/Text: ebn@americollect.com | Oct 07 2026 19:52:00 | Americollect, P.O. Box 1566, Manitowoc, WI 54221 |
| 5690403 | | Email/Text: bankruptcy2006@apsc.com | Oct 07 2026 19:52:34 | APS, P.O. Box 37812, Boone, IA 50037-0812 |
| 5690402 | + | Email/PDF: bncnotices@becket-lee.com | Oct 07 2026 19:54:25 | Amex, Bankruptcy, Po Box 981535, El Paso, TX 79998-1535 |
| 5690404 | ^ | MEBN | Oct 07 2026 19:47:03 | Arstrat, P.O. Box 676587, Dallas, TX 75267-6587 |
| 5690405 | | EDI: BANKAMER | Oct 07 2026 23:42:00 | Bank of America, Attn: Bankruptcy, P.O.Box 15019, Wilmington, DE 19886 |
| 5690406 | + | EDI: BANKAMER2 | Oct 07 2026 23:45:00 | Bank of America, Po Box 9000, Getzville, NY 14068-9000 |
| 5690407 | + | EDI: CAPITALONE.COM | Oct 07 2026 23:42:00 | Capital One, AttN: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5690408 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 07 2026 19:54:34 | Cws/cw Nexus, Attn: Bankruptcy, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 5690410 | + | Email/Text: crdept@na.firstsource.com | Oct 07 2026 19:52:00 | First Source Advantage, 205 Bryant Woods, Buffalo, NY 14228-3609 |
| 5690411 | + | EDI: AMINFOFP.COM | Oct 07 2026 23:45:00 | Fst Premier, Attn: Bankruptcy, 601 S Minnesota Ave, Sioux Falls, SD 57104-4824 |
| 5690415 | + | Email/Text: ebone.woods@usdoj.gov | Oct 07 2026 19:52:00 | Internal Revenue Servi, c/o US Attorney, 501 East Court St, Ste 4.430, Jackson, MS 39201-5025 |
| 5690414 | | EDI: IRS.COM | Oct 07 2026 23:45:00 | Internal Revenue Servi, Centralized Insolvency, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 5690416 | + | EDI: JEFFERSONCAP.COM | Oct 07 2026 23:45:00 | Jefferson Capital, Attn: Bankruptcy, 200 14th Ave E, Sartekk, MN 56377-4500 |
| 5690417 | + | Email/PDF: resurgentbknotifications@resurgent.com | | |

| | | | | |
|---|---|---|---|---|
| | | | Oct 07 2026 19:54:25 | LVNV Funding LLC, Resurgent Capital, Po Box 1269, Greenville, SC 29602-1269 |
| 5690419 | | Email/Text: Bankruptcy.Notices@pnc.com | Oct 07 2026 19:52:00 | PNC Financial/PNC Bank, Attn: Bankruptcy, 300fifth Ave, Pittsburgh, PA 15222 |
| 5690418 | + | Email/Text: Contact@PersonifyFinancial.com | Oct 07 2026 19:53:00 | Personify, Po Box 208417, Dallas, TX 75320-8417 |
| 5690420 | + | Email/Text: ngisupport@radiusgs.com | Oct 07 2026 19:52:00 | Radius Global Solution, 7505 Metro Blvd, Edina, MN 55439-3010 |
| 5690423 | + | Email/Text: ssa.bankruptcy@ssa.gov | Oct 07 2026 19:52:00 | SSA, 26 Federal Plaza, Rm40-120, New York, NY 10278-0004 |
| 5690424 | + | Email/Text: ebone.woods@usdoj.gov | Oct 07 2026 19:52:00 | SSA, c/o U.S. Attorney, 501 E. Court St, Ste 4.430, Jackson, MS 39201-5025 |
| 5690426 | | Email/Text: bankruptcy@sunbit.com | Oct 07 2026 19:52:00 | Sunbit Financial, Attn: Bankruptcy, Po Box 24010, Los Angeles, CA 90024 |
| 5690427 | | Email/Text: bankruptcy@sunbit.com | Oct 07 2026 19:52:00 | Sunbit, Inc, Attn: Bankruptcy, 10940 Wilshire Blvd, Los Angeles, CA 90024 |
| 5690429 | | Email/Text: bknotice@upgrade.com | Oct 07 2026 19:52:00 | Upgrade, Inc., 275 Battery St., 23rd Floor, San Francisco, CA 94111 |
| 5690430 | ^ | MEBN | Oct 07 2026 19:47:26 | US Attorney General, US Dept of Justice, 950 Pennsylvania AveNW, Washington, DC 20530-0001 |
| 5690428 | ^ | MEBN | Oct 07 2026 19:47:37 | United Resource System, 3501 S Teller St, Denver, CO 80235-2011 |
| 5690431 | + | Email/Text: bankruptcy@webbank.com | Oct 07 2026 19:52:00 | Webbank, 215 S State St, Ste 1000, Salt Lake Cit, UT 84111-2336 |
| 5690432 | + | EDI: WFFC2 | Oct 07 2026 23:42:00 | Wells Fargo Bank NA, Attn: Bankruptcy, P.O.Box 393, Minneapolis, MN 55480-0393 |

TOTAL: 26

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 09, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 7, 2026 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| Stephen Smith | |

| | |
|---|---|
| | trustee@hrkcpa.com MS02@ecfcbis.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Philip Wayne Winfrey trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 3

***Information to identify the case:***

| | | | |
|---|---|---|---|
| Debtor 1 | **Philip Wayne Winfrey** | Social Security number or ITIN | **xxx–xx–9211** |
| | First Name Middle Name Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name Middle Name Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court for the **Southern District of Mississippi**

Case number: **26–01768–JAW**

# Order of Discharge

**12/15**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

**Philip Wayne Winfrey**

Dated: 10/7/26

**By the court:** /s/Jamie A. Wilson
United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;
- debts for most student loans;
- debts for most taxes;
- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;
- debts for most fines, penalties, forfeitures, or criminal restitution obligations;
- some debts which the debtors did not properly list;
- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and
- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**